UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re KENNETH GIBBS,

        Plaintiff,

Case No. 15-cv-2268-TEH

ORDER OF DISMISSAL

    This case was opened when Plaintiff wrote a letter to the Court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the Court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

    Plaintiff has not filed a complaint, an IFP application, or otherwise communicated with the Court. This case is therefore DISMISSED without prejudice. No fee is due.

1     The clerk shall close the file.

2     IT IS SO ORDERED.

3 Dated: 07/06/2015

4                                                             _____

**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\CR.15\Gibbs2268.dis-ifp.docx

United States District Court
Northern District of California

2