UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re KENNETH GIBBS,<br><br>          Plaintiff, | Case No.   15-cv-2268-TEH<br><br>ORDER |

    This case was dismissed without prejudice because Plaintiff failed to file a complaint and pay the filing fee or file an application to proceed in forma pauperis ("IFP").  After the case was closed Plaintiff filed a formal complaint but has still failed to file a complete IFP application.  If Plaintiff wishes to proceed with this case he must pay the filing fee or file a proper IFP application that contains a Certificate of Funds in Prisoner's account completed and signed by an authorized officer at the prison and a copy of the prisoner trust account statement showing transactions for the last six months.

    IT IS SO ORDERED.

Dated: 08/18/2015

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.15\Gibbs2268.ord.docx